912

No. 74–838.   FORD *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 74–910.   BAKER ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–915.   VITELLO *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 74–926.   CITY OF PITTSBURGH *v.* PUBLIC PARKING AUTHORITY OF PITTSBURGH ET AL.   Pa. Commw. Ct. Certiorari denied.

No. 74–931.   TERRY *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 74–933.   SECOND NATIONAL BANK OF NORTH MIAMI *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–947.   KNIGHT ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–957.   CALDWELL, ADMINISTRATRIX, ET AL. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 74–930.   ILLINOIS ET. AL. *v.* FEDERAL POWER COMMISSION ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 74–960.   GEORGE MITCHELL & ASSOCIATES, INC. *v.* MACDONALD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 74–975.   RICHARDSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.